# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:19-CR-00085 |
| v. | (Judge Brann) |
| ZAKHARY WAYNE PRYER, | |
| Defendant. | |

## ORDER

**MAY 1, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Pryer's motion for discovery (Doc. 26) is **GRANTED in part and DENIED in part**. Pryer's motion is denied without prejudice to the extent that he seeks disclosure of the confidential informant's identity, but granted to the extent that he requests *Giglio* materials; and

2. The Government **SHALL** disclose to Pryer all *Giglio* materials within its possession no later than seven (7) days prior to the commencement of trial.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge