# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:19-CR-00085 |
| v. | (Judge Brann) |
| ZAKHARY WAYNE PRYER, | |
| Defendant. | |

## ORDER

### AUGUST 19, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Pryer's motion to suppress evidence (Doc. 28) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge